UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CHAPTER 7
CASE NO. 12-31837-EPK

IN RE:

JACOBO FELDMAN,

      Debtor.
_____/

## MOTION FOR PROTECTIVE ORDER

Debtor, JACOBO FELDMAN, by and through his undersigned counsel hereby files his Motion for Protective Order and in support thereof states as follows:

1. On or about the 21st day of November, 2012, Creditor, LA PICCOLA BANCA, LLC, served Debtor with a Notice of Rule 2004 Examination Duces Tecum.

2. The claim by this Creditor, was filed by Debtor as disputed, unliquidated and contingent as the obligation was initially monies lent to SJ Creative Group, LLC, a Florida Limited Liability Company.

3. Thereafter, when the monies became due and owing by SJ Creative Group, LLC and the Debtor and the parties were unable to make payment, Shirley Feldman, the Debtor's wife (they are now separated), executed a new Promissory Note as requested and required by LA PICCOLA BANCA, LLC. The new note, a copy of which specifically replaces the note and amounts owed by either SJ Creative Group, LLC and/or the Debtor, a copy of the new note is attached hereto.

4. The Promissory Note specifically acknowledges the replacement of the prior two debtors based upon the non-payment on those Promissory Notes.

5. Shirley Feldman filed her voluntary bankruptcy petition, gave notice to LA

PICCOLA BANCA, LLC and no objection to her discharge was filed.

6. LA PICCOLA BANCA, LLC, is not a true creditor to Debtor's bankruptcy and was listed for notice purposes only.

7. LA PICCOLA BANCA, LLC is requesting documents that are well outside the realm of discoverable evidence in lieu of fact that the first loan only occurred in April 2011. The document requests are from 2008 to current which will not lead to any admissible evidence relating to this debt.

WHEREFORE, Debtor, JACOBO FELDMAN, respectfully requests this Honorable Court enter an Order granting his Motion for Protective Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail, facsimile and U.S. Mail this 9th day of January, 2013 upon Eric A. Rosen, Esq., Rosen & Winig, P.A., 2925 PGA Blvd., Ste. 100, Palm Beach Gardens, FL 33410.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(D)(1) and (2).

MARK D. COHEN, P.A.
Attorney for Debtor
Presidential Circle
4000 Hollywood Blvd., #435 So.
Hollywood, FL 33021
Telephone: (954) 962-1166
Fla. Bar No. 347345

By: _____
MARK D. COHEN, ESQ.

## PROMISSORY NOTE

$140,653.80                                               Miami, Florida
                                                    Date: September 8, 2011

FOR VALUE RECEIVED, the undersigned, (jointly and severally, if more than one), promise to pay to LA PICCOLA BANCA, LLC., a Florida limited liability company, (which together with subsequent holders of this note, is referred to as Holder), in the manner hereinafter specified, the principal sum of: ONE HUNDRED FORTY THOUSAND SIX HUNDRED FIFTY THREE DOLLARS and 80 CENTS, ($140,653.80), with interest thereon at the rate of TWENTY FOUR PERCENT (24.00%) per annum. The said principal and interest shall be payable in lawful money of the United States of America at: 8788 S.W. 8 Street, Miami, Florida, or at such place as may hereafter be designated by written notice from the Holder to the Maker(s) hereof, on the date and in the manner following:

The maker acknowledges that the indebtedness evidenced hereby arises from the non-payment of those two promissory notes executed by SJ Creative Group, LLC., a Florida limited liability company, the first note being dated April 1st, 2011 in the principal amount of $92,000, and the second such not being dated July 19, 2011 in the principal amount of $33,800.

The maker acknowledges that the sum written above includes interest calculated through and including September 14, 2011, pursuant to the attached Excel spreadsheet and schedule.

The Maker promises to make a payment in the amount of $10,000 on or before September 14th, 2011 in order for the monthly amount expressed below to be effective. Should the maker fail to make such $10,000 payment on or before September 14th, 2011, then the installments due hereunder shall be in the amount of $11,598.08 and this said amount shall be substituted below accordingly.

Provided that the Maker makes timely and valid tender of the $10,000 payment on or before September 14th, 2011, then the maker shall pay the sum of Ten Thousand Seven Hundred Seventy Three Dollars and 49/100's ($10,773.49), monthly, being a payment of interest and principal in respect of the indebtedness evidenced hereto, with the first such payment to begin on October 14th, 2011, and a like payment of $10,773.49 each and every month thereafter on the 14th day of such ensuing months, until the maturity date hereof, being January 14th, 2013, at which time all principal and all then accrued and unpaid interest thereon is payable in full, with the last and final payment to be on or before January 14, 2013.

Makers shall make any and all payments due hereunder to the Holder by delivering or effectuating payment to the care of Sergio A. Pagliery, P.A., at 8788 S.W. 8 Street, Miami, Florida 33174, who is the lender's legal counsel.

PREPAYMENTS: If this loan is paid in whole or in part at any time before the due date first above written, there shall not be a prepayment penalty. Interest on the principal sum hereof shall be calculated as simple interest. The net proceeds of this loan is $140,653.80, represented to be the unpaid indebtedness of the two notes of April 1st, 2011 and July 19th, 2011, referenced above, payment under which there has been a default in payment and performance thereunder.

The Maker shall pay to Holder a late charge of five percent (5%) of any payment not received by the Holder within ten (10) calendar days of its original due date or date of demand.

Notwithstanding anything to the contrary stated herein or in any of the loan documents executed concurrently herewith by the Borrower, any amount of principal evidenced by this Note which is not paid when due, and is, therefore, delinquent whether at stated maturity, by acceleration or otherwise, shall bear interest from the day when due until such amount is paid in full, payable on demand, at a rate which shall not exceed the lower of (a) twenty-five percent (25%) per annum; or (b) the maximum rate of interest chargeable legally by the lender to the Borrower under the law (whether codified or not) applicable to this Note (the "Maximum Rate"); provided, however, that if at any time it is determined that an amount in excess of the Maximum Rate has been charged, then in such event the excess over the Maximum Rate shall *ipso facto* be applied toward the reduction of the principal balance.

In the event there shall be any default in the Maker's obligation hereunder, then this Note shall be payable upon demand, together with applicable interest thereon at the highest available rate under applicable law, upon written notice from the Lender to the Borrower at its address set forth in this Promissory Note.

The Maker hereto agrees that the exclusive venue for all matters under or pursuant to this Note shall lie in Miami-Dade County, Florida.

The Maker acknowledges receipt of a copy of this note and the attached Excel spreadsheet, and agrees to all of the terms contained herein and therein.

Signed, sealed and delivered in Miami on this 8th day of September, 2011.

*(signature)*
MAKER
Shirley Feldman

Received:                                                    Dec 17 2012 03:47pm

| Interest Start Date | Judgment Amount | Applicable Interest Rate | Payment Date or Today's Date | # of Days | Annual Interest | Per Diem Interest | Interest to Date of Payment | Payment Amount | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2-May-11 | $ 92,000.00 | 24% | 1-Jun-11 | 29 | $ 22,080.00 | $ 61.333333 | $ 1,778.67 | | $ 93,778.67 |
| 1-Jun-11 | $ 92,000.00 | 24% | 1-Jul-11 | 30 | $ 22,080.00 | $ 61.333333 | $ 1,840.00 | | $ 95,618.67 |
| 1-Jul-11 | $ 92,000.00 | 24% | 19-Aug-11 | 48 | $ 22,080.00 | $ 61.333333 | $ 2,944.00 | | $ 98,562.67 |
| June Late Charge | | | | | | | $ 92.00 | | $ 98,654.67 |
| July Late Charge | | | | | | | $ 92.00 | | $ 98,746.67 |
| August Late Charge | | | | | | | $ 92.00 | | $ 98,838.67 |

| Interest Start Date | Judgment Amount | Applicable Interest Rate | Payment Date or # of Days | Annual Interest | Per Diem Interest | Interest to Date of Payment | Payment Amount | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 11-Jul-11 | $ 35,152.00 | 24% / 5% | 19-Aug-11  38 | $ 8,436.48 | $ 23.134667 | $ 890.52 | | $ 36,042.52 |
| | | | | | | 1,757.60 | | 37,800.12 |
| | | | | | | Atty Fees/Costs | | 1,800.00 |
| | | | | | | | | 138,438.78 |

| Interest Start Date | Judgment Amount | Applicable Interest Rate | Payment Date of # of Days | Annual Interest | Per Diem Interest | Interest to Date of Payment | Payment Amount | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 20-Aug-11 | $ 138,438.78 | 24% | 15-Sep-11  24 | $ 33,225.31 | $ 92.292623 | $ 2,215.02 | Initial Pmt. 9/15/11 | $ 140,653.80 |
| | | | | | | | | 10,000.00 |
| 15-Sep-11 | $ 130,653.80 | 24% | 14-Jan-13  479 | $ 31,356.91 | $ 87.102526 | $ 41,722.11 | over 16 months | $ 130,653.80 |
| | | | | | | | | 172,375.92 |
| | | | | | | | | 10,713.49 |
| If Initial Pmt. Not made: | | | | | | | | |
| 15-Sep-11 | $ 140,653.80 | 24% | 14-Jan-13  479 | $ 33,756.91 | $ 93.769203 | $ 41,915.45 | over 16 months | $ 185,569.25 |
| | | | | | | | over 16 months | 11,598.08 |

Shirley Feldman  Sept 8th 2011
MAKER
SHIRLEY FELDMAN